1  MICHAEL A PAINTER, Bar #43600
   ISAACMAN, KAUFMAN & PAINTER
2  8484 Wilshire Boulevard, Suite 850
   Beverly Hills, California 90211
3  (323) 782-7700 - Telephone
   (323) 782-7744 - Facsimile
4

5  Attorneys for Defendants and Counterclaimants
   MITCHELL CALDERWOOD, et al
6

FILED
CLERK US DISTRICT COURT
FEB - 7 2005
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY

Priority
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| VONDA MANLEY, et al, | CASE NO EDCV 04-000819-VAP(SGLx) |
| Plaintiffs, | STIPULATION AND ORDER OF DISMISSAL OF COUNTER-CLAIM AND AFFIRMATIVE DEFENSES PURSUANT TO RULE 41(a)(1)(ii), F R Civ P |
| vs | |
| MITCHELL CALDERWOOD, et al, | |
| Defendants | |
| AND RELATED CROSS-ACTION | |

In accordance with Rule 41(a)(1)(ii), F R Civ P, the parties hereby stipulate to the following

1    The Counterclaim is dismissed, without prejudice, as to all plaintiffs and counterdefendants, and

DOCKETED ON CM
FEB 1 4 2005
BY         070

FEB 1 1 2005

MAP STERI SHIELD-5525                    -1-

2. The First, Second, Third, Fourth and Fifth Affirmative Defenses are dismissed, without prejudice, as to all plaintiffs.

Respectfully submitted,

ISAACMAN, KAUFMAN & PAINTER

Dated: 2/1/05

By: _____
Michael A. Painter
Attorneys for Defendants and Counterclaimants

WAGNER LAUTSCH LLP

Dated: 2/2/05

By: _____
Donald P. Wagner
Attorneys for Plaintiffs and Counterdefendants

## ORDER

IT IS SO ORDERED.

Dated: February 4 2005

_____
UNITED STATES DISTRICT JUDGE

MAP-STERI SHIELD-5525

-2-