1 | DONALD P. WAGNER - Bar #131364
WAGNER LAUTSCH LLP
2 | 41 Corporate Park
Suite 200
3 | Irvine, CA 92606
949.474.6990
4 | dwagner@wl-law.com

5 | Attorneys for Plaintiffs
VONDA MANLEY and STRONG
6 | DENTAL PRODUCTS, INC.

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

FILED
JAN 19 2006
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

VONDA MANLEY, an individual; and
STRONG DENTAL PRODUCTS, INC., a
Nevada corporation,

   Plaintiffs,

v.

MITCHELL CALDERWOOD, an
individual; and STERI-SHIELD
PRODUCTS, INC., a California
corporation,

   Defendants.

No. EDCV04-0819VAP (SGLx)

**STIPULATION TO DISMISS**

LODGED
2006 JAN 17 PM 5:24
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
BY

DOCKETED ON CM
JAN 19 2006
BY          075

23

1   IT IS HEREBY STIPULATED by and between the parties to this action through
2   their respective counsel that the above-captioned action be and hereby is dismissed
3   with prejudice pursuant to rule 41(a)(1) of the Federal Rules of Civil Procedure.
4   Dated: January 11, 2006

DONALD P. WAGNER
WAGNER LAUTSCH LLP

By /s/ Donald P. Wagner
Donald P. Wagner
Attorneys for Plaintiffs

ISAACMAN, KAUFMAN & PAINTER
MICHAEL A. PAINTER

By_____
Michael Painter
Attorneys for Defendants

IT IS SO ORDERED
DATE January 18, 2006

_____
Virginia A. Phillips
U.S. DISTRICT COURT JUDGE

IT IS HEREBY STIPULATED by and between the parties to this action through their respective counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: January __, 2006

DONALD P. WAGNER
WAGNER LAUTSCH LLP

By_____
　　Donald P. Wagner
Attorneys for Plaintiffs


ISAACMAN, KAUFMAN & PAINTER
MICHAEL A. PAINTER

By_____
　　Michael Painter
Attorneys for Defendants

- 2 -